UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEE YONG LIM, individually and on
behalf of others similarly situated,

        Plaintiff(s),

v.

ZEP INC.

        Defendant(s).

CASE NO. CV-12-0601 JW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)* _____
Private mediation with a mediator mutually selected by the Parties.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  October 19, 2012

Dated: April 30, 2012

        Michael Reese
        Attorney for Plaintiff

Dated: April 30, 2012

        Belynda Reck
        Attorney for Defendant

*Filer attests that concurrence in the filing has been obtained from Mr. Reese.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
  X Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other October 19, 2012.

IT IS SO ORDERED.

Dated: May 2, 2012

_____
Judge James Ware     CHIEF
UNITED STATES DISTRICT     JUDGE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On **April 30, 2012** I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action by electronically filing the document(s) with the Clerk of the Court using the CM/ECF system, which sent notification of this filing to the person(s) listed below:

Michael R. Reese
Kim E. Richman
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Phone: 212-643-0500

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare that under penalty of perjury under the laws of the State of California.

Executed on **April 30, 2012,** Los Angeles, California.

_____
HILDA A. ESCOBAR

78681.206003 EMF_US 39457696v1

Proof of Service

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On **April 30, 2012**, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action:

> **U.S. District Court ADR Unit**
> 450 Golden Gate Avenue, 16th Floor
> San Francisco, CA 94102

☒ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 30, 2012**, Los Angeles, California.

_____
HILDA A. ESCOBAR

Proof of Service