HUNTON & WILLIAMS LLP
Belynda Reck (SBN 163561)
breck@hunton.com
Diana F. Biason (SBN 247274)
dbiason@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant,
ZEP INC.

REESE RICHMAN LLP
Michael R. Reese (SBN 206773)
mreese@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York, 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Attorneys for Plaintiff MEE YONG LIM,
on behalf of herself and all others similarly situated



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MEE YONG LIM, individually and on behalf of others similarly situated, | CASE NO. CV-12-00601 JW |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | [Hon. James Ware] |
| ZEP INC., | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING ADR DEADLINE |
| Defendant. | |

Plaintiff Mee Yong Lim ("Plaintiff") and Defendant Zep Inc. ("Zep") (collectively, "the parties"), if permitted by the Court, hereby stipulate to extend the deadline to hold an ADR session that is currently set for October 19, 2012 to November 30, 2012.  In support of this stipulation to extend the ADR session deadline, the parties declare as follows:

1. Pursuant to the stipulation of the parties, on May 5, 2012 , the Court ordered the October 19, 2012 deadline to conduct private ADR in this matter.

2. The parties have been cooperating to select a mediator that is mutually acceptable to the parties and have selected Judge Edward Infante from JAMS in San Francisco.

3. The parties believe that Judge Infante will serve as the appropriate mediator due to his experience mediating complex cases and because of his experience as former Chief Magistrate Judge for the Northern District of California. Judge Infante also has extensive experience mediating class action disputes, including consumer class action disputes.

4. The instant matter involves a consumer class-action complaint, which involves claims under the California Consumers Legal Remedies Act, False Advertising Law, and Unfair Competition Law.  Plaintiff's Amended Complaint also seeks injunctive relief.

5. Due to the nature of the claims, the parties believe that Judge Infante will serve as the appropriate mediator who can best facilitate a meaningful ADR session.

6. The parties have been advised by JAMS that Judge Infante does not have an open mediation appointment prior to the current mediation deadline of October 19, 2012.  The parties have been informed, however, that Judge Infante has availability in November.

7. The parties, therefore, necessitate a brief extension to the current ADR deadline of October 19, 2012 to November 30, 2012 so that they may schedule and confirm a mediation appointment with Judge Infante.

8. There have been no previous modifications of time in this case. This deadline extension will not affect other deadlines, such as the close of discovery, the last day for hearing dispositive motions, and the date of the preliminary pretrial conference, set by the Court.

The parties respectfully request that the Court enter the Proposed Order for the reasons set forth above.

Respectfully Submitted,

DATED: August 28, 2012                      HUNTON & WILLIAMS LLP

                                                              By: /s/ Belynda B. Reck
                                                                    Belynda B. Reck
                                                                    Attorney for Defendant
                                                                    ZEP INC.

DATED: August 28, 2012                      REESE RICHMAN, LLP

                                                              By: /s/ Michael R. Reese
                                                                    Michael R. Reese
                                                                    Attorney for Plaintiff MEE YONG
                                                                    LIM and Proposed Class

*Filer attests that concurrence in the filing has been obtained from Mr. Reese.

///
///
///
///
///
///

# **ORDER**

Having read the stipulation of the parties, and good cause appearing therefore, the deadline to hold an ADR session is continued from October 19, 2012 to November 30, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: August 29, 2012

_____
Hon. James Ware
United States District Court Chief Judge

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

78681.206003 EMF_US 41736429v2

STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE
Case No. CV 12-00601 JW